UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB GORALEWSKI, Brian J. Mahon Petitioner Pro Se for the Minor Child, | : : : : |
| Petitioner | : CIVIL NO. 1:11-CV-1794 |
| v. | : : : |
| COLONEL CALVIN RAKER, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, THE DISTRICT OF THE COUNTY OF SCHUYLKILL, | |
| Respondents | |

*O R D E R*

AND NOW, this 17th day of February, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 9), filed January 13, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED as moot.

    3. The Clerk of Court shall close this file.

    4. A certificate of appealability is denied.

                                       /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge